# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

Clifford W. Taylor,
Chief Justice

131488
(22)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RODERICK DHUE,
      Plaintiff-Appellant,

v

KASLE STEEL CORPORATION,
      Defendant-Appellee.

SC: 131488
COA: 266818
WCAC: 04-000340

_____/

      On order of the Court, the motion for reconsideration of this Court's September 26, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

_____
Clerk

l0220